SYDNEY J. WOOD, Doing Business under the Name of 53RD STREET SUBWAY LIQUOR STORE, Respondent, *v.* JOHN M. O'GRADY, Individually and as President of Wine and Liquor Store Employees Union, Local 122, A. F. of L., et al., Appellants.

Submitted February 21, 1955; decided March 10, 1955.

Motion for reargument or, in the alternative, to amend the remittitur denied. [See 307 N. Y. 532.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE I. LYNCH, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.

Argued February 28, 1955; decided March 11, 1955.

*Edward T. Dunleavy* for appellant.

*Jacob K. Javits, Attorney-General (William S. Elder, Jr.,* and *Henry S. Manley* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

BENNET GORDON, Appellant-Respondent, *v.* HELEN MAZUR et al., Individually and as Trustees, Respondents-Appellants.

Argued February 24, 1955; decided March 11, 1955.